1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11   PAULINE HARRINGTON,                )  Civil No. 07cv1330 JM(RBB)
                                        )
12                  Plaintiff,          )  **ORDER GRANTING APPLICATION TO**
                                        )  **PROCEED IN FORMA PAUPERIS**
13   v.                                 )  **[DOC. NO. 2] AND DIRECTING**
                                        )  **UNITED STATES MARSHAL TO**
14   COMMISSIONER OF SOCIAL SECURITY    )  **EFFECT SERVICE OF PROCESS**
     ADMINISTRATION,                    )
15                                      )
                    Defendant.          )
16   _____)

17        On July 23, 2007, Plaintiff Pauline Harrington filed a civil

18   complaint [doc. no. 1] against Defendant Commission of Social

19   Security Administration challenging Defendant's denial of

20   Plaintiff's claim for Disability Insurance Benefits and

21   Supplemental Security Income benefits.  Harrington has also filed

22   an application to proceed in forma pauperis ("IFP") [doc. no. 2].

23   United States District Judge Jeffrey T. Miller referred the case to

24   this Court on July 27, 2007 [doc. no. 3].

25        Plaintiff is currently unemployed, having last been employed

26   by Catherine's in 2004, where she earned one hundred thirty dollars

27   every two weeks.  (IFP Application 2.)  She has no savings, real

28   estate, or valuable property.  (Id. at 2-3.)  Harrington indicates

                                     1

1  that she relies on her daughter to pay for medication.  (<u>Id.</u> at 2.)

2  Her daughter also gives her one hundred dollars per month for

3  living expenses, and she receives food stamps.  (<u>Id.</u>)

4      Given these circumstances, the Court **GRANTS** Plaintiff's

5  Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>.  See 28 U.S.C.A. §

6  1915(a)(1) (West Supp. 2005).  The United States Marshal shall

7  serve a copy of the Complaint, summons, and Order Granting

8  Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> upon Defendant as directed

9  by Plaintiff on U.S. Marshal Form 285.  <u>See</u> <u>id.</u> § 1915(d).  All

10  costs of service shall be advanced by the United States.

11      Plaintiff shall serve on Defendant or, if appearance has been

12  entered by counsel, on Defendant's counsel, a copy of every further

13  pleading or document submitted for consideration by the Court.

14  Plaintiff shall include with the original paper to be filed with

15  the Clerk of Court a certificate stating the manner in which a true

16  and correct copy of any document was served on Defendant or counsel

17  for Defendant and the date of service.

18      **IT IS SO ORDERED.**

19

20  DATED:  August 15, 2007

Ruben B. Brooks
United States Magistrate Judge

21

22  cc:  Judge Miller
         All Parties

23

24

25

26

27

28

07cv1330 JM (RBB)